**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

:
:
:
V.                               :          Civil Action
:          No: _____
:

DISCLOSURE STATEMENT FORM

Please check one box:

❏          The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

❏          The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

| 10/26/2022 | /s/ Stephen J. Gontkosky |
|---|---|
| Date | Signature |

Counsel for:  Defendant KCI Malvern Ownerco, LP

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
          two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held corporation
               owning10% or more of its stock;  or

          (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
          (1)    file the disclosure statement with its first appearance, pleading,
               petition, motion, response, or other request addressed to the court;
               and
          (2)    promptly file a supplemental statement if any required information
               changes.