**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| V. | : | Civil Action |
| | : | No: _____ |
| | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

❏        The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

❏        The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

10/26/2022 _____        /s/ Stephen J. Gontkosky _____
            Date                                        Signature

                                Counsel for:  Defendant KCI Malvern Ownerco, GP LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
           two copies of a disclosure statement that:

        (1)    identifies any parent corporation and any publicly held corporation
            owning 10% or more of its stock;  or

        (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:

        (1)    file the disclosure statement with its first appearance, pleading,
            petition, motion, response, or other request addressed to the court;
            and

        (2)    promptly file a supplemental statement if any required information
            changes.