**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|                | :  |                    |
|----------------|----|--------------------|
|                | :  |                    |
| V.             | :  | Civil Action       |
|                | :  | No: _____ |
|                | :  |                    |

DISCLOSURE STATEMENT FORM

Please check one box:

❏        The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏        The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

10/26/2022                                           /s/ Stephen J. Gontkosky
_____          _____
Date                                                      Signature

                              Counsel for:    Defendant SHK Management, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)    WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

        (2)    states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.