IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTOPHER AUGUSTINE : | |
| v. : | |
| KCI MALVERN OWNERCO, LP f/k/a : | |
| PR KC Malvern Ownerco, LP, Individually : | |
| and d/b/a Ave Malvern and Ave Living by : | |
| Korman; : | |
| KCI MALVERN OWNERCO, GP LLC, : | |
| Individually and d/b/a Ave Malvern and : | |
| Ave Living by Korman; : | |
| SHK MANAGEMENT, INC., Individually : | |
| and d/b/a Korman Communities, Inc. and : | |
| Ave Malvern and Ave Living by Korman; : | |
| KORMAN COMMUNITIES GP I, LLC, : | |
| Individually and d/b/a Korman : | |
| Communities, Inc. and Ave Malvern and : | |
| Ave Living by Korman; : | |
| JOHN DOE 1-100 and : | |
| ABC CORPORATIONS 1-100 : | NO.: 2:22-cv-04297-GAM |

**ORDER TO SETTLE, DISCONTINUE AND END**

TO THE CLERK OF COURTS:

Kindly mark this matter settled, discontinued and ended upon payment of your costs, only.

OSTROFF LAW, PC

BY: *Joshua E. Tebay*

JOSHUA E. TEBAY, ESQUIRE

Attorney I.D. No.:

518 E. Township Line Road – Suite 100 Blue Bell, PA  19422

Attorney for Plaintiff

DATED: 1/2/2024

APPROVED BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge          1/2/24